FORM 8A. Entry of Appearance                                    Form 8A (p.1)
                                                                  July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

**ENTRY OF APPEARANCE**

**Case Number:** 2023-1126, -1127, -1128, -1130, -1131, -1132

**Short Case Caption:** B.E. Technology, L.L.C. v. Twitter, Inc.

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

B.E. Technology, L.L.C.

| | | |
|---|---|---|
| **Principal Counsel:** Kayvan B. Noroozi | | Admission Date: 03/30/2017 |
| Firm/Agency/Org.: Noroozi PC | | |
| Address: 11601 Wilshire Blvd., Suite 2170, Los Angeles, CA 90049 | | |
| Phone: 310.975.7074 | Email: kayvan@nooroozipc.com | |
| **Other Counsel:** Michael DeVincenzo | | Admission Date: 4/29/2011 |
| Firm/Agency/Org.: King & Wood Mallesons LLP | | |
| Address: 500 Fifth Avenue, 50th Floor, New York, NY 10110, USA | | |
| Phone: 212.319.4755 | Email: michael.devincenzo@us.kwm.com | |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 7/5/24                          Signature: /s/ Kayvan B. Noroozi

                                      Name: Kayvan B. Noroozi

FORM 8A. Entry of Appearance                                            Form 8A (p.2)
                                                                         July 2020

## [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| **Other Counsel:** Charles Wizenfeld | Admission Date: 5/12/2009 |
|---|---|
| Firm/Agency/Org.: King & Wood Mallesons LLP | |
| Address: 500 Fifth Avenue, 50th Floor, New York, NY 10110, USA | |
| Phone: 212.319.4755 | Email: charles.wizenfeld@us.kwm.com |
| **Other Counsel:** Andrea Paceli | Admission Date: 09/21/2017 |
| Firm/Agency/Org.: King & Wood Mallesons LLP | |
| Address: 500 Fifth Avenue, 50th Floor, New York, NY 10110, USA | |
| Phone: 212.319.4755 | Email: andrea.pacelli@us.kwm.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |