**Nos. 23-1126, 23-1127, 23-1128, 23-1130, 23-1131, 23-1132**

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

**B.E. TECHNOLOGY, L.L.C.,**

Appellant

v.

**TWITTER, INC., GOOGLE LLC,**

Cross-Appellants

**Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in IPR2021-00482, IPR2021-00483, IPR2021-00484, and IPR2021-00485**

**NOTICE OF WITHDRAWAL**

Pursuant to Fed. Cir. R. 47.3(c), the undersigned hereby provides the Clerk of Court with notice that Michael DeVincenzo, Charles Wizenfeld, and Andrea Pacelli are withdrawing as non-principal counsel for Appellant B.E. Technology, L.L.C. Kayvan B. Noroozi will remain principal counsel for Appellant.

                              Respectfully submitted,

Date: August 5, 2024   by:   */s/ Michael DeVincenzo*

                              Michael DeVincenzo